GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
JEANA BISNAR MAUTE, SBN 290573
JBisnarMaute@gibsondunn.com
JESSICA S. OU, SBN 280534
JOu@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISON

| | |
|---|---|
| MATTHEW CAMPBELL and MICHAEL HURLEY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No. C 13-05996 PJH<br>Case No. C 14-00307 PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CONSOLIDATED AMENDED COMPLAINT AND RELATED CASE DEADLINES**<br><br>The Honorable Phyllis J. Hamilton |
| DAVID SHADPOUR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CONSOLIDATED AMENDED COMPLAINT AND RELATED CASE DEADLINES, Case Nos. C 13-05996 PJH and 14-00307 PJH

1  WHEREAS, on December 30, 2013, Plaintiffs Matthew Campbell and Michael Hurley filed their Complaint in Case No. C 13-05996 PJH (Campbell Dkt. No. 1) ("*Campbell*");

WHEREAS, on January 21, 2014, Plaintiff David Shadpour filed his Complaint in Case No. C 14-00307 PSG (now Case No. C 14-00307 PJH) (Shadpour Dkt. No. 1) ("*Shadpour*");

WHEREAS, on February 3, 2014, this Court related the *Campbell* and *Shadpour* actions (Campbell Dkt. No. 15; Shadpour Dkt. No. 8);

WHEREAS, Defendant Facebook, Inc.'s ("Facebook") current deadline to respond to the *Campbell* Complaint is March 14, 2014 (Campbell Dkt. No. 13);

WHEREAS, Facebook's current deadline to respond to the *Shadpour* Complaint is March 28, 2014 (Shadpour Dkt. No. 7);

WHEREAS, the Plaintiffs in *Campbell* (Matthew Campbell and Michael Hurley) and the Plaintiff in *Shadpour* (David Shadpour) are referred to herein collectively as "Plaintiffs";

WHEREAS, Plaintiffs intend to jointly file a motion to consolidate *Campbell* and *Shadpour* and to appoint interim class counsel pursuant to Fed. R. Civ. P. 23(g) by March 21, 2014;

WHEREAS, Plaintiffs intend to file a Consolidated Amended Complaint, which will supersede Plaintiffs' existing Complaints in the *Campbell* and *Shadpour* actions, within 30 days of this Court's order on Plaintiffs' motion to consolidate *Campbell* and *Shadpour* and to appoint interim class counsel;

WHEREAS, this Court previously scheduled an Initial Case Management Conference for the *Campbell* and *Shadpour* actions for April 3, 2014 at 2:00 p.m., with certain deadlines preceding the Case Management Conference as set forth in Campbell Dkt. No. 4 and Shadpour Dkt. No. 11: Meet and confer regarding initial disclosures, early settlement, ADR selection process, discovery plan, and ADR filings (March 13, 2014 – three weeks before the CMC) and the filing of a case management statement (March 27, 2014 – one week before the CMC);

WHEREAS, in order to streamline the management of this case and maximize efficiency, the parties have conferred and agreed to stipulate to the deadlines for (1) Plaintiffs' filing of their motion to consolidate *Campbell* and *Shadpour* and to appoint interim class counsel, (2) Plaintiffs' filing of their Consolidated Amended Complaint, and (3) Facebook's response to the Consolidated Amended

1

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CONSOLIDATED AMENDED COMPLAINT AND RELATED CASE DEADLINES, Case Nos. C 13-05996 PJH and 14-00307 PJH

1  Complaint; and

2        WHEREAS, the parties also have conferred and agreed that the April 3, 2014 Case Management Conference and the deadlines that precede it should be continued to a future date after Plaintiffs have filed their Consolidated Amended Complaint.

      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel, and subject to the approval of this Court, that:

1. Plaintiffs shall jointly file a motion to consolidate *Campbell* and *Shadpour* and to appoint interim class counsel pursuant to Fed. R. Civ. P. 23(g) by March 21, 2014;

2. Plaintiffs shall file their Consolidated Amended Complaint within thirty (30) days of this Court's order on Plaintiffs' motion to consolidate *Campbell* and *Shadpour* and to appoint interim class counsel;

3. Facebook shall have forty-five (45) days from the date Plaintiffs file their Consolidated Amended Complaint to answer or otherwise respond to the Complaint;

4. The March 14, 2014 deadline for Facebook to respond to the *Campbell* complaint and the March 28, 2014 deadline for Facebook to respond to the *Shadpour* complaint are vacated; and

5. The April 3, 2014 Initial Case Management Conference and the dates that precede it (as set forth in Campbell Dkt. No. 4 and Shadpour Dkt. No. 11) are continued to future dates.  If Facebook files a motion to dismiss and/or strike Plaintiffs' Consolidated Amended Complaint, the Case Management Conference shall be on the same date as the hearing on Facebook's motion. Additionally, the pre-CMC deadlines set forth in Campbell Dkt. No. 4 and Shadpour Dkt. No. 11 are continued as follows:  The existing March 13 deadlines are continued to 3 weeks before the date of the continued Case Management Conference, and the existing March 27 deadlines are continued to 1 week before the date of the continued Case Management Conference.

      Respectfully submitted,

DATED: March 6, 2014      GIBSON, DUNN & CRUTCHER LLP

1

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CONSOLIDATED AMENDED COMPLAINT AND RELATED CASE DEADLINES, Case Nos. C 13-05996 PJH and 14-00307 PJH

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | By: _____/s/_____ |
| 2 | JOSHUA A. JESSEN |

GIBSON, DUNN & CRUTCHER LLP

Joshua A. Jessen, SBN 222831
JJessen@gibsondunn.com
Jeana Bisnar Maute, SBN 290573
JBisnarMaute@gibsondunn.com
Jessica S. Ou, SBN 280534
JOu@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

Christopher Chorba, SBN 216692
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  (213) 229-7000
Facsimile:   (213) 229-7520

Attorneys for Defendant FACEBOOK, INC.

(Case No. C 13-05996 PJH)
(Case No. C 14-00307 PJH)

DATED: March 6, 2014                LIEFF CABRASER HEIMANN & BERNSTEIN


By: _____/s/_____
MICHAEL W. SOBOL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Rachel Geman
rgeman@lchb.com
Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500

2

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CONSOLIDATED AMENDED COMPLAINT AND RELATED CASE DEADLINES, Case Nos. C 13-05996 PJH and 14-00307 PJH

Facsimile: 212.355.9592

CARNEY BATES & PULLIAM, PLLC

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
11311 Arcade Drive
Little Rock, AR 72212
Telephone: 501.312.8500
Facsimile: 501.312.8505

Attorneys for Plaintiffs MATTHEW CAMPBELL AND MICHAEL HURLEY

(Case No. C 13-05996 PJH)

DATED: March 6, 2014                TOSTRUD LAW GROUP, P.C.


By: _____/s/_____
            JON A. TOSTRUD

TOSTRUD LAW GROUP, P.C.

Jon A. Tostrud
1925 Century Park East, Suite 2125
Los Angeles, CA 90067
Telephone: 310-278-2600
Facsimile: 310-278-2640
jtostrud@tostrudlaw.com

POMERANTZ LLP

Jeremy A. Lieberman
Lesley F. Portnoy
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

Attorneys for Plaintiff DAVID SHADPOUR
(Case No. C 14-00307 PJH)

3

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CONSOLIDATED AMENDED COMPLAINT AND RELATED CASE DEADLINES, Case Nos. C 13-05996 PJH and 14-00307 PJH

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Joshua A. Jessen, hereby attest that concurrence in the filing of this document has been obtained from Michael W. Sobol and Jon A. Tostrud.

DATED: March 6, 2014            GIBSON, DUNN & CRUTCHER LLP


By: _____/s/_____
         JOSHUA A. JESSEN

Attorneys for Defendant FACEBOOK, INC.

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CONSOLIDATED AMENDED COMPLAINT AND RELATED CASE DEADLINES, Case Nos. C 13-05996 PJH and 14-00307 PJH

## [PROPOSED] ORDER

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation. It is HEREBY ORDERED that:

1. Plaintiffs shall jointly file a motion to consolidate *Campbell* and *Shadpour* and to appoint interim class counsel pursuant to Fed. R. Civ. P. 23(g) by March 21, 2014;

2. Plaintiffs shall file their Consolidated Amended Complaint within thirty (30) days of this Court's order on Plaintiffs' motion to consolidate *Campbell* and *Shadpour* and to appoint interim class counsel;

3. Facebook shall have forty-five (45) days from the date Plaintiffs file their Consolidated Amended Complaint to answer or otherwise respond to the Complaint;

4. The March 14, 2014 deadline for Facebook to respond to the *Campbell* complaint and the March 28, 2014 deadline for Facebook to respond to the *Shadpour* complaint are vacated; and

5. The April 3, 2014 Initial Case Management Conference and the dates that precede it (as set forth in Campbell Dkt. No. 4 and Shadpour Dkt. No. 11) are continued to future dates. If Facebook files a motion to dismiss and/or strike Plaintiffs' Consolidated Amended Complaint, the Case Management Conference shall be on the same date as the hearing on Facebook's motion. Additionally, the pre-CMC deadlines set forth in Campbell Dkt. No. 4 and Shadpour Dkt. No. 11 are continued as follows: The existing March 13 deadlines are continued to 3 weeks before the date of the continued Case Management Conference, and the existing March 27 deadlines are continued to 1 week before the date of the continued Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                                  The Honorable Phyllis J. Hamilton
                                  United States District Court Judge

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CONSOLIDATED AMENDED COMPLAINT AND RELATED CASE DEADLINES, Case Nos. C 13-05996 PJH and 14-00307 PJH